**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **MELISSA GREEN, individually and on behalf of others similarly situated,** | ) ) ) | |
| | ) | **Case No. 3:17-CV-296-RGJ** |
| **Plaintiff,** | ) ) | |
| | ) | *Electronically Filed* |
| **v.** | ) ) | |
| **P&C CAPITAL GROUP, LLC,** | ) ) | |
| **Defendant.** | ) ) | |

\* \* \* \* \*

## <u>ORDER</u>

The Plaintiff having been unable to effect service upon Defendant, this action is dismissed pursuant to Fed. R. Civ. P. 4(m).